# IN THE SUPREME COURT OF THE STATE OF NEVADA

KELLEE ANTALEK, INDIVIDUALLY,
Appellant,
vs.
BARBARA SUAREZ, INDIVIDUALLY,
Respondent.

No. 73816

**FILED**

JUN 2 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion to dismiss this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. James Crockett, District Judge
        Kellee Antalek
        Gentile Law Group
        Eighth District Court Clerk